UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>Tania Ward</u>**
*on behalf of herself and all others similarly situated*
    Plaintiff

                                               CIVIL ACTION

  V.

                                               NO. 4:22-cv-40084-ADB

**<u>UKG, Inc., et al</u>**
    Defendants

**<u>ORDER OF DISMISSAL</u>**

<u>Burroughs, D. J.</u>

      In accordance with the Judgment entered December 5, 2023 in Pallotta et al v. University of Massachusetts Memorial Medical Center et al, Case Number 22-cv-10361, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED with prejudice against the UMass Defendants, and DISMISSED without prejudice against the remaining Defendants.

                                                 By the Court,

<u>12/5/2023</u>                                                                          /s/ Caetlin McManus
    Date                                                                              Deputy Clerk